# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER EGLI,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 16-3693** |
| : | |
| **GEORGE STRIMEL,** *et al.*, : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 25th day of April 2017, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 38), the materials in support thereof, and Plaintiff's response thereto, it is hereby **ORDERED** that Defendants' motions are **GRANTED** for the reasons set forth in the accompanying memorandum opinion.

It is further **ORDERED** that Plaintiff's motion to dismiss (Doc. No. 26) is **GRANTED** for the reasons set forth in the accompanying memorandum opinion. Defendants' counterclaims for abuse of process, wrongful use of civil proceedings, and injunction prohibiting future filing (Counterclaims 1, 2, and 5) are **DISMISSED WITHOUT PREJUDICE**. Defendants may re-file these counterclaims within **14 days** of the date of this Order. Defendants' counterclaims for declaratory judgments that they are not state actors (Counterclaims 3 and 4) are **DISMISSED WITH PREJUDICE.**

The Clerk is **DIRECTED** to **CLOSE** this case for statistical purposes.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**